# In the United States Court of Federal Claims

No. 16-387C
(Filed: October 6, 2017)

| | |
|---|---|
| MARK K. ARNESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On September 27, 2017 the court issued an order giving plaintiff until October 4, 2017 to file a notice in accordance to RCFC 52.2(f) or the court would dismiss the case on the grounds that plaintiff did not wish to challenge the AFBCMR's August 9, 2017 remand decision. A review of court records indicates that plaintiff has not filed a 52.2(f) notice. Accordingly, the above-captioned case is **DISMISSED** on the grounds that the plaintiff does not challenge the AFBCMR's remand decision. The Clerk is directed to enter judgement consistent with this order. No Costs.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge